**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**FEB 16 2000**

**PATRICK FISHER**
**Clerk**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

PHILLIP MARTIN,

      Plaintiff-Appellant,

v.

CAPITAL SERVICES; CAPITAL
CORRECTIONAL RESOURCES
INC.; JIM BREWER; LARRY
FIELDS; VINCENT KNIGHT;
TOM BRENNAN; DOYLE COSLIN;
CARL WHITE; JIM H. GANT;
T.R. DECORDOVA; R. O'PRY;
BILLY KENT; R. WALKER;
J. LEDET; C. JONES; JOHN
KINDON; JOHN PLESS; CURTIS
FOUNTAIN; TOM C. MARTIN,
Warden; DUANE BERG; MIKE
HAIDER; TREBBLE; HICKS,
Food Supervisor; MARY CURTIS,

      Defendants-Appellees.

No. 99-6171
(D.C. No. CIV-97-1728-A)
(W.D. Okla.)

---

ORDER AND JUDGMENT *

---

Before **BALDOCK** , **HENRY** , and **MURPHY** , Circuit Judges.

---

\*     This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.

Plaintiff-appellant filed this suit pursuant to 28 U.S.C. § 1983, alleging various violations of his constitutional rights as a result of prison conditions and alleged acts of defendants. Defendants filed motions to dismiss or for summary judgment. The magistrate judge recommended that these motions be granted after thoroughly analyzing the allegations of fact and applicable law. After reviewing appellant's objections, the district court adopted the magistrate judge's recommendation and granted defendants' motions.

On appeal, appellant restates the arguments presented below, contending that 1) defendants have breached their contracts with each other regarding the housing of Oklahoma inmates, 2) prison conditions and standards and acts of the defendants, including his transfer to a private prison facility in Texas, violated his constitutional rights, including due process and equal protection, 3) he was wrongly deprived of earned credits against his sentence, and 4) defendants violated his religious rights and his access to the courts. He also presents

arguments not considered by the district court, such as his contention that this case should be handled under Multidistrict Litigation.

We review appellant's contentions de novo, applying the same standards as the district court in the first instance. *See Anderson v. Coors Brewing Co.*, 181 F.3d 1171, 1175 (10th Cir. 1999). To the extent that appellant presents new arguments and contentions on appeal, we do not consider them here. *See Walker v. Mather (In re Walker)*, 959 F.2d 894, 896 (10th Cir. 1992). After considering the balance of appellant's arguments and the applicable law, we are convinced that the district court correctly decided this case. Therefore, for substantially the same reasons set forth in the magistrate judge's thorough Findings and Recommendation dated January 25, 1999, the judgment of the United States District Court for the Western District of Oklahoma is AFFIRMED. Appellant's motions for consolidation and a temporary restraining order, for appointment of counsel, and for prohibition and mandamus are DENIED. The mandate shall issue forthwith.

Entered for the Court


Bobby R. Baldock
Circuit Judge